*E-Filed 6/3/10*

1  RONALD J. COOK, SBN - 121398
   WILLOUGHBY, STUART & BENING
2  50 W. San Fernando Street, Suite 400
   San Jose, California 95113
3  Telephone:   (408) 289-1972
   Facsimile:    (408) 295-6375
4

5  Attorneys for Plaintiff
   CHERYL E. PANATTONI
6

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHERYL E. PANATTONI | **CASE NO.: 5:10-CV-00671-RS-PVT** |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR MAGISTRATE JUDGE** |
| vs. | |
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington Corporation, and DOES 1-100, | |
| Defendants. | |

### TO THE HONORABLE JUDGE AND CLERK OF THE COURT:

   PLEASE TAKE NOTICE that the parties hereby stipulate to have case reassigned to a magistrate judge in San Jose.

Dated: June 2, 2010                          WILLOUGHBY, STUART & BENING


                                             By:_____/s/_____
                                                Ronald J. Cook
                                                Attorneys for Plaintiff
                                                CHERYL E. PANATTONI

2013.11267C                          -1-

1  Dated: June 2, 2010                                  KOELLER NEBEKER CARLSON
                                                                  & HALUCK

                                                  By:_____/s/_____
                                                     Megan Dorsey
                                                     Attorneys for Defendant
                                                     FIRST NATIONAL INSURANCE
                                                     COMPANY OF AMERICA

*It is hereby ordered that all further proceedings shall take place before a Magistrate Judge sitting in San Jose.

Dated: 6/2/10


_____
RICHARD SEEBORG
U.S. DISTRICT
COURT JUDGE

2013.11267C                           - 2 -

JOINT STIPULATION FOR MAGISTRATE JUDGE

WILLOUGHBY, STUART & BENING